EXHIBIT B

# EXHIBIT B

| Claim 1 | Construction | Tampa Electric Company ("TECO") System |
|---|---|---|
| A communicator for wirelessly transmitting frames to and receiving frames from a least one additional communicator in accordance with a predetermined medium access control protocol, the communicators which transmit and receive the frames constituting a Group, each communicator including a transmitter and a receiver for transmitting and receiving the frames respectively, the medium access control protocol controlling each communicator of the Group to effect predetermined functions comprising: | A "communicator" is "a device capable of communication." *Atlas IP, LLC v. St. Jude Med., Inc.*, 2014 U.S. Dist. LEXIS 104109 at *16 (S.D. Fla. July 30, 2014).<br><br>A "medium access protocol" is a "protocol for selectively activating and deactivating the transmitters and receivers of the means for communicating between the resources to save electrical power consumed while still permitting LAN-like functionality."<br><br>A "frame" is "an ordered group of bits." '734 Patent at 1:41-43. | TECO and or through its subsidiaries has mad or used neighborhood area networks ("NANs") comprising a SecureMesh extender bridge [*hub*] and GE smart meters equipped with a Trilliant communication module [*remotes*] that communicate with one another, Eka Systems communication network, or Itron's ChoiceConnect communication network. .<br><br>The bridge and the smart meters communicate via a wireless **protocol** over the 900MHz or the 2.4GHz frequency band. The wireless protocol specifies the *functions* of the access point/bridge and the smart meters described below.<br><br>The bridge or access points and smart meters communicate using, *inter alia*, scheduled messages [*frames*]. |
| designating one of the communicators of the Group as a hub and the remaining the communicators of the Group as remotes | A "hub" is a "communicator that has been designated by the medium access control protocol to control communications to and from the remotes." '734 Patent at 5:42-66, 10:33-49, 11:28-30, 13:67-14:14, 43:3-17, Figs. 1- 3, 11, 18. | The wireless protocol *designates* the access point/bridge to perform the functions of the **hub,** and the smart meters to perform the functions of *remotes*. |

| | | |
|---|---|---|
| the hub establishing repeating communication cycles, each communication | A "communication cycle" is "a series of intervals for outbound and inbound | The bridge [*hub*] *establishes* a *communication cycle* by transmitting a read request message or a power status check message. The read request message is sent during one *interval* in the *communication cycle*, and the bridge sends a read message or a meter status message to the smart meter in a subsequent *interval* within the *communication cycle*. |
| the hub transmitting cycle establishing information to the remotes to establish the communication cycle and a plurality of pre-determinable intervals during each communication cycle, the intervals being ones when the hub is allowed to transmit frames to the remotes, when the remotes are allowed to transmit frames to the hub, and when each remote is expected to receive a frame from the hub; | "[W]e today hold that the starting time and duration of the cycle and of remote-transmission intervals within each cycle must be communicated by the hub to the remotes before the time at which remotes may begin transmitting." *Atlas IP, LLC v. St. Jude Med., Inc.*, 804 F.3d 1185, 1188 (Fed. Cir. 2015). | The bridge [*hub*] *communicates the starting time and duration of the cycle and constituent intervals* to the smart meter [*remote*]. The *starting time* is communicated to the smart meter when the bridge transmits the read request message or the power status check message to the smart meter, *i.e.,* the transmission is the *starting time*.<br><br>The read request (a request for utility usage and meter status check request messages, and the responses thereto, are of fixed length or *duration*. The type of request message transmitted by the bridge informs the smart meter of the *duration* of each *interval* of the *communication cycle*, *e.g.*, an interval length sufficient to transmit a fixed length read request from the bridge to the smart meter [*the interval when the hub is allowed to transmit frames to the remote and when the remote is expected to receive frames from the hub*], and an interval length sufficient to transmit a read response from the smart meter to the access point/bridge [*the interval when the remote is allowed to transmit frames to the hub*]. |

| | | |
|---|---|---|
| the hub transmitting a frame containing the cycle establishing information which establishes both an outbound portion of the communication cycle when the hub transmits frames to the remotes and an inbound portion of the communication cycle when the remotes transmit frames to the hub, the frame containing the cycle establishing information also establishing the predetermined intervals during the outbound and inbound portions of the communication cycle when each remote is allowed to transmit and receive; | A "frame" is "an ordered group of bits." '734 Patent at 1:41-43.<br><br>A "communication cycle" is "a series of intervals for outbound and inbound communications." '734 Patent at 5:44-58, 7:12-18, 11:38-55, 13:12-36, 27:54-28:64, 32:19- 22, 33:8-27, 37:32-38:33, Figs. 3, 10-11, 18-19. | The read request and meter status check request messages are "an ordered group of bits," *i.e.*, they are *frames*. As explained above, these message [*frames*] contain information establishing the communication cycle, including the *interval* in which a read request or power status check request messages is sent from the access point/bridge or collector [*hub*] to the smart meter [*remote*] [*the outbound portion of the communication cycle*], and the *interval* in which a read message or meter status message is sent from the smart meter [*remote*] to the access point/bridge [*hub*] [*the inbound portion of the communication cycle*] |
| the remotes powering off their transmitters during times other than those intervals when the remote is allowed to transmit frames to the hub, by using the cycle establishing information | "Powering off" means "to disable or power down circuitry." '734 Patent at 28:38-44.<br><br>An "interval" occurs within a communication cycle. Atlas IP, LLC v. Medtronic, Inc., 2014 U.S. Dist. LEXIS 143 at *42 (S.D. Fla. Oct. 8, 2014). | A smart meter [*remote*] has a radio transceiver that utilizes the licensed 2.4 GHz band or 900MHz band.<br><br>The smart meter [*remote*] communicates with the access point/bridge [*hub*] using half-duplex radio frequency |

| | | |
|---|---|---|
| transmitted from the hub; and | | communications. In half-duplex communications, a smart meter [*remote*] powers down the transmitter circuitry of the radio transceiver during the *interval of the communication cycle* in which it is receiving the read request and meter status check request messages [*frames*]. |
| the remotes powering off their receivers during times other than those intervals when the remote is expected to receive a frame from the hub, by using the cycle establishing information transmitted from the hub. | "Powering off" means "to disable or power down circuitry." '734 Patent at 28:38-44.<br><br>An "interval" occurs within a communication cycle. Atlas IP, LLC v. Medtronic, Inc., 2014 U.S. Dist. LEXIS 143 at *42 (S.D. Fla. Oct. 8, 2014). | The smart meter [*remote*] communicates with the access point/bridge [*hub*] using half-duplex radio frequency communications. In half-duplex communications, a smart meter [*remote*] powers down the receiver circuitry of the radio transceiver during the *interval of the communication cycle* in which it is transmitting the read and meter status check request messages [*frames*]. |